UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**WALTER LEROY,**

    Plaintiff,

v.                                             Case No: 3:14cv284/MCR/CJK

**MEDTRONIC, INC.,**

    Defendant.
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 12, 2015. (Doc. 22). The parties have been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation (doc. 22) is adopted and incorporated by reference in this order.

2. Defendant's Amended Request to Take Judicial Notice (doc. 18) is GRANTED.

3. Defendant's Motion to Dismiss (doc. 12) is GRANTED to the extent plaintiff's complaint (doc. 1) is DISMISSED WITHOUT PREJUDICE to plaintiff's filing an amended complaint (pleading a sufficiently specific parallel claim), if he can do so in good faith consistent with his Rule 11 obligations, within **fourteen (14) days** from the date this order.

4. If an amended complaint is not filed within the time provided, the clerk, without further notice to plaintiff, shall enter a final judgment dismissing this case with prejudice.

**DONE AND ORDERED** on this 29th day of July, 2015.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**